**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
LAURA HERSHEY,
ROBIN STEPHENS,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
AADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRY ANN LUCAS, and
DANIEL WILSON,

       Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DENVER CENTER FOR THE PERFORMING ARTS, a Colorado non-profit corporation,
OPERA COLORADO, a Colorado non-profit corporation,
COLORADO BALLET COMPANY, a Colorado non-profit corporation, and
COLORADO SYMPHONY ASSOCIATION, a Colorado non-profit organization,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint (Doc 25 - filed July 12, 2006) is **GRANTED**. The tendered Second Amended Complaint is accepted for filing.

Dated:  July 13, 2006
_____