IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
LAURA HERSHEY,
ROBIN STEPHENS,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
ADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, and
DANIEL WILSON,

Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DENVER CENTER FOR PERFORMING ARTS, a Colorado non-profit corporation,
OPERA COLORADO, a Colorado non-profit corporation,
COLORADO BALLET COMPANY, a Colorado non-profit corporation, and
COLORADO SYMPHONY ASSOCIATION, a Colorado non-profit organization,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion for Leave of Court to File an Amended Scheduling Order** [Doc. # 58, filed 1/11/2007] (the "Motion"). The Motion seeks extensions of the pretrial deadlines. The initial deadlines extended for a period of time longer than the norm. The parties now seek to extend those deadlines by an additional three months. I am willing to grant reasonable extensions of some of the deadlines to accommodate the parties settlement efforts, but I am not willing to grant the full extent of the extensions requested, nor do I believe those extensions are necessary for the parties to discuss settlement before undertaking

full discovery of the case.

IT IS ORDERED that the Motion is GRANTED IN PART, and the case schedule is modified to the following extent:

**Discovery Cut-Off:**               November 29, 2007

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**         November 29, 2007

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 3, 2007**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 2, 2007**

**Final Pretrial Conference:**   The final pretrial conference set for December 3, 2007, at 8:30 a.m., is VACATED and RESET to **January 29, 2008**, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.[1]

A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **January 22, 2008.**

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

---

[1] In the Motion, the parties appear to confuse the final pretrial conference, conducted before me, and the final trial preparation conference, which will be before Chief Judge Babcock. This order does not affect the final trial preparation conference, which remains set before the chief judge on May 8, 2008, at 8:00 a.m., consistent with his order. *Minute Order* [Doc. # 54, filed 12/8/2006].

Dated January 18, 2007.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge