**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation,
LAURA HERSHEY,
ROBIN STEPHENS,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
ADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, and
DANIEL WILSON,
         Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DENVER CENTER FOR PERFORMING ARTS, a Colorado non-profit Corporation,
OPERA COLORADO, a Colorado non-profit Corporation,
COLORADO BALLET COMPANY, a Colorado non-profit Corporation, and
COLORADO SYMPHONY ASSOCIATION, a Colorado non-profit organization,
         Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice All Claims of All Plaintiffs Against the Denver Center for the Performing Arts (Doc 76 - filed July 11, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE between all Plaintiffs and Defendant Denver Center for the Performing Arts,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:  July  16 , 2007