IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
LAURA HERSHEY,
ROBIN STEPHENS,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
ADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, and
DANIEL WILSON,

Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DENVER CENTER FOR PERFORMING ARTS, a Colorado non-profit corporation,
OPERA COLORADO, a Colorado non-profit corporation,
COLORADO BALLET COMPANY, a Colorado non-profit corporation, and
COLORADO SYMPHONY ASSOCIATION, a Colorado non-profit organization,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Unopposed Motion to Amend Scheduling Order and for Extension of Time to Respond to Discovery Requests** [Doc. # 82, filed 8/1/2007] (the "Motion"). The Motion seeks extensions of the pretrial deadlines. I initially established a prolonged case schedule. Thereafter, I extended those deadlines by approximately three months. The parties now seek another extension, this time by approximately two months. Although I am granting the Motion, I warn the parties that no further extensions will be allowed.

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the following extent:

**Discovery Cut-Off:**          **December 6, 2007**

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**          **January 15, 2008**

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 20, 2007**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 19, 2007**

IT IS FURTHER ORDERED that no additional extensions of these deadlines will be allowed.

IT IS FURTHER ORDERED that the plaintiffs may have to and including **August 8, 2007**, to respond to the City's discovery requests, and the City may have to and including **August 24, 2007**, to respond to the plaintiffs' discovery requests.

Dated August 9, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge