IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation,
LAURA HERSHEY, ROBIN STEPHENS, CARRIE ANN LUCAS, HEATHER REBEKAH RENEE
LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, ADRIANNE EMILY
MONIQUE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, and
DANIEL WILSON,

     Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, DENVER CENTER FOR THE PERFORMING ARTS,
a Colorado non-profit Corporation, COLORADO, OPERA COLORADO, a Colorado non-profit
Corporation, COLORADO BALLET COMPANY, a Colorado non-profit Corporation, and
COLORADO SYMPHONY ASSOCIATION, a Colorado non-profit organization,

     Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter having come before the Court upon the **Stipulated Motion to Dismiss, With Prejudice, All Claims of All Plaintiffs Against Colorado Symphony Association,** and good cause appearing,

IT IS HEREBY ORDERED that all claims of all Plaintiffs against Defendant Colorado Symphony Association in this lawsuit are hereby dismissed, with prejudice, and that this lawsuit is dismissed, with prejudice, as to Defendant Colorado Symphony Association, each party to pay their own attorneys' fees and costs.

Dated:   September 11, 2007            s/Lewis T. Babcock
                                                    United States District Court Judge