IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation, LAURA HERSHEY, ROBIN STEPHENS, CARRIE ANN LUCAS, HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, ADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, and DANIEL WILSON,

     Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, DENVER CENTER FOR THE PERFORMING ARTS, a Colorado non-profit Corporation, COLORADO, OPERA COLORADO, a Colorado non-profit Corporation, COLORADO BALLET COMPANY, a Colorado non-profit Corporation, and COLORADO SYMPHONY ASSOCIATION, a Colorado non-profit organization,

     Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL
CLAIMS OF ALL PLAINTIFFS AGAINST OPERA COLORADO**
_____

This matter having come before the Court upon the **Stipulated Motion to Dismiss, With Prejudice, All Claims of All Plaintiffs Against Opera Colorado,** and good cause appearing,

IT IS HEREBY ORDERED that all claims of all Plaintiffs against Defendant Opera Colorado in this lawsuit are hereby dismissed, with prejudice, and that this lawsuit is dismissed, with prejudice, as to Defendant Opera Colorado, each party to pay their own attorneys' fees and costs.

Dated:   September 11, 2007          s/Lewis T. Babcock
                                                      United States District Court Judge