IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation,
LAURA HERSHEY,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
ADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, and
DANIEL WILSON,

       Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

       Defendant.

_____

ORDER
_____

This matter having come before the Court upon the Joint Motion for Dismissal with Prejudice of Released Claims, and good cause appearing therefor,

IT IS HEREBY ORDERED that the following claims are dismissed with prejudice, each party to bear its own fees and costs:

1.    Plaintiffs' claims under the Colorado Consumer Protection Act ("CCPA"), id., §§ 6-1-101 et seq.;

2.    Plaintiffs' claims relating venues other than the Ellie Caulkins Opera House; and

      3.      Plaintiffs' claims relating to the Ellie Caulkins Opera House resolved by the Parties in the parties' Release and Partial Settlement Agreement ("Agreement").

DATED this   17th   day of     October    , 2007.

                BY THE COURT:

                  s/Lewis T. Babcock
                United States District Judge