# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
LAURA HERSHEY,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
AADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRY ANN LUCAS, and
DANIEL WILSON,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

      Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Unopposed Motion for Leave to File Their Third Amended and Supplemental Complaint (Doc 95 - filed October 15, 2007) is **GRANTED**.  The tendered Third Amended and Supplemental Complaint is accepted for filing.

Dated:  October 17, 2007
_____