IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
LAURA HERSHEY,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
AADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRY ANN LUCAS, and
DANIEL WILSON,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

      Defendant.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant City and County of Denver's Unopposed Motion for Leave to File a Third Party Complaint (Doc 104 - filed March 13, 2008) is **GRANTED**. The tendered Third Party Complaint is accepted for filing.


Dated: March 14, 2008
_____