IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-00865-LTB-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation,
LAURA HERSHEY,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE
     ANN LUCAS,
ADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRIE
     ANN LUCAS, and
DANIEL WILSON,

          Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

          Defendant.

_____

ORDER
_____


     Because a member of my immediate family recently suffered a severe spinal injury
with indeterminate outcome and because not only may my impartiality be reasonably
questioned but is impaired in fact,

     IT IS ORDERED that the undersigned recuses in this case and the case is returned
to the Clerk of the Court for redraw.

                              BY THE COURT:


                              ___s/Lewis T. Babcock_____
                              Lewis T. Babcock, Judge

DATED: August 29, 2008