IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00865-MSK-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
LAURA HERSHEY,
CARRIE ANN LUCAS,
HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
ADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS,
ASIZA CAROLYN KOLENE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, and
DANIEL WILSON,

Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

Defendant and Third Party Plaintiff,

v.

SEMPLE BROWN DESIGN, P.C.,

Third Party Defendant.

---

## ORDER
---

This matter is before me on the **Joint Motion to Continue Pending Deadlines to Prepare Settlement Documents** [Doc. # 152, filed 9/19/2008] (the "Motion"). I held a hearing on the Motion on October 2, 2008, and made rulings on the record. On the strength of the parties' representation that the case has been resolved and for the reasons stated on the record on October 2, 2008:

IT IS ORDERED that all existing pretrial deadlines are VACATED.

IT IS FURTHER ORDERED that the parties shall file on October 3, 2008, a motion to amend the complaint, for class certification, and for preliminary approval of the class settlement.

Dated October 3, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge