# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: February 23, 2009 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 06-cv-00865-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation, <br> LAURA HERSHEY, <br> CARRIE ANN LUCAS, <br> HEATHER REBEKAH RENEE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, <br> ADRIANNE EMILY MONIQUE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, <br> ASIZA CAROLYN KOLENE LUCAS, by and through her parent and next friend, CARRIE ANN LUCAS, and <br> DANIEL WILSON, | Kevin Williams <br> Amy Robertson |

       Plaintiffs

v.

| | |
|---|---|
| THE CITY AND COUNTY OF DENVER, | Robert Wheeler |

       Defendant and Third Party Plaintiff,

v.

| | |
|---|---|
| SEMPLE BROWN DESIGN, P.C., | Meredith Kapushion |

       Third Party Defendant.

## COURTROOM MINUTES

HEARING: Fairness

**4:33 p.m.**    **Court in session.**

Counsel are present as listed above. Jeff Finlaw and Jennifer Maesey are present.

Argument.

Oral findings are made of record and incorporated herein.

**ORDER:** Joint Motion for Order for Final Approval of Class Action Settlement Agreement **(Doc. #167) is GRANTED**.

**ORDER:** Unopposed Motion for Attorney Fees and Costs (Doc. #168) is **GRANTED** and awards $295,000 in attorneys' fees and costs to the plaintiffs. The Clerk of Court is directed to close the case.

**4:52 p.m.** **Court in recess.**

**Total Time:** **19 minutes.**
**Hearing concluded.**